An Appeal from the Circuit Court for the County of Marion.

Appeal dismissed on motion of counsel for Appellee.

*W. E. Smith,* for Appellant;

*D. Niel Ferguson,* for Appellee.

---

State of Florida, E. A. Osborne, Appellant, v. City of Ocala, a municipal corporation, Appellee. Re. Validation of Municipal Building Bonds.

An Appeal from the Circuit Court for the County of Marion.

Appeal dismissed on motion of counsel for Appellee.

*W. E. Smith,* for Appellant;

*D. Niel Ferguson,* for Appellee.